UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

JAMES H. BALL

CASE NO: 06-31938

(Chapter 13)

Debtor

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 51 | NATIONAL CITY BANK<br>BOX 500<br>K A16 2J<br>PORTAGE, MI  49081 | 11.62 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service                    06-31938

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JAMES H. BALL | HAROLD W WAMPLER I I I | (51.1) |
| 200 OLYMPIA DRIVE | 1343 WOODMAN DR | NATIONAL CITY BANK |
| APT 8 | STE B | BOX 500 |
| WARNER ROBBINS, GA  31093 | DAYTON, OH  45432 | K A16 2J |
| | | PORTAGE, MI  49081 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner _____    cs

0631938_42_20100126_0739_278/T317_cs
###